E-FILED
AUG 25 2020
Document #_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEAUSHA MOFFETT individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>RECORDING RADIO FILM CONNECTION, INC. dba RECORDING RADIO FILM CONNECTION & CASA SCHOOLS, JAMES PETULLA, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:19-cv-03319-PSG-KS<br><br>Assigned to Hon. Philip S. Gutierrez<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Complaint Filed:  3/8/19<br>Action Removed:  4/25/19 |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Based on the stipulation of the Parties and for good cause shown, the Court |
| 3 | **ORDERS** that the above-captioned Action is hereby dismissed in its entirely, with |
| 4 | each Party to bear their own attorneys' fees and costs. Plaintiff's individual claims |
| 5 | are dismissed with prejudice, and Plaintiff's putative class claims are dismissed |
| 6 | without prejudice. |

Dated: 8/25/2020

_____
HON. PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE